UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DAVID C. SHARP

    Plaintiff,

vs.                                        CASE NO.: DKC 2007-0173

EDMONSTON PROPERTIES, LLC.

    Defendant.

## JOINT STIPULATION OF DISMISSAL (WITH PREJUDICE) PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

The parties, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal, signed by all parties who have appeared in the action, dismissing the **case with prejudice** pursuant to the settlement reached between the parties.

Dated: May 3, 2007

| | |
|---|---|
| DAVID C. SHARP<br>PLAINTIFF | EDMONSTON PROPERTIES, LLC.<br>DEFENDANT |
| MAXWELL & BARKE LLC.<br>51 Monroe Pl., Suite 806<br>Rockville, Maryland 20850<br>(301)309-8300 | LYNOTT, LYNOTT & PARSONS, P.A.<br>11 North Washington St.<br>Rockville, Maryland 20850<br>(301)424-5100 |
| By: _____/s/_____<br>   Joel R. Zuckerman, Esquire<br>   Federal Bar No.: 12730 | By: _____/s/_____<br>   James L. Parsons, Jr., Esquire (by<br>   Joel R. Zuckerman with permission<br>   of James L. Parsons, Esq.)<br>   Federal Bar No. 07518 |

Approved, this _____ day of _____, 2007.

_____
Judge, United States District Court
For the District of Maryland